IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LINZY CLAYTON AMIKER, *

Plaintiff, *

v. * Case No. 5:26-cv-00289-TES-CHW

COMMISSIONER TYRONE OLIVER et al, *

Defendants. *

# JUDGMENT

Pursuant to this Court's Order dated 10/13/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk